**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Christopher Kraszinski,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Rob Roy Country Club Village Association, sued in their official and individual capacities,**<br><br>**Board of Directors of Rob Roy Country Club Village Association, sued in their official and individual capacities,**<br><br>**Rowell Property Management Inc., sued in their official and individual capacities**<br>**Defendants.** | ) | **No. 17 - CV - 2228**<br><br>**JURY DEMAND**<br><br>**Judge John Robert Blakey** |

**VERIFICATION**

Under penalties as provided by law pursuant to Federal Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that the undersigned verily believes the same to be true and correct.

Respectfully Submitted,

This _10_ day of January, 2018.

ChrisK
**Christopher Kraszinski**, Plaintiff



| | |
|---|---|
| Alfred D. Ivy, III, #6277701<br>Attorney for Plaintiff<br>159 Lincoln Square<br>300 S. Broadway Ave.<br>Urbana, Illinois 61801<br>(217) 480-4893 cell<br>lawmba1@gmail.com | Jay Kumar, #60100<br>Jay Kumar Law<br>Attorney for Plaintiff<br>208 S. Jefferson St. #204<br>Chicago, Illinois 60661<br>(312)-767-7903<br>jay@jaykumarlaw.com |