**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Christopher Kraszinski,**<br>**Plaintiff,** | ) | |
| **v.** | ) | **No. 17 - CV - 2228** |
| **Rob Roy Country Club Village Association, sued in their official and individual capacities,** | ) | **JURY DEMAND** |
| | ) | **Judge John Robert Blakey** |
| **Board of Directors of Rob Roy Country Club Village Association, sued in their official and individual capacities,** | ) | |
| **Rowell Property Management Inc., sued in their official and individual capacities**<br>**Defendants.** | ) | |

## CERTIFICATE OF SERVICE

ALFRED D. IVY, III hereby certifies that on Thursday, January 11, 2018, he electronically filed with the Clerk of the Court, using the CM/ECF System, which sends notice of such filings to registered parties and placed in the U.S. Mail, with proper first-class postage affixed, a true correct copy of **FIRST AMENDED CIVIL RIGHTS COMPLAINT** and this accompanying Certificate of Service to:

| | |
|---|---|
| James R. Stevens<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 444-9300<br>jstevens@chuhak.com<br>ARDC No. 6295476 | Jeralyn H. Baran<br>Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 444-9300<br>jbaran@chuhak.com<br>ARDC No. 6204145 |

s/ Alfred D. Ivy, III
Alfred D. Ivy, III - Attorney for Plaintiff


| | |
|---|---|
| Alfred D. Ivy, III, #6277701<br>Attorney for Plaintiff<br>159 Lincoln Square<br>300 S. Broadway Ave. | Jay Kumar, #60100<br>Jay Kumar Law<br>Attorney for Plaintiff<br>208 S. Jefferson St. #204 |

| | |
|---|---|
| Urbana, Illinois 61801<br>(217) 480-4893 cell<br>lawmba1@gmail.com | Chicago, Illinois 60661<br>(312)-767-7903<br>jay@jaykumarlaw.com |