UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christopher Kraszynski,<br><br>    Plaintiff,<br><br> vs.<br><br>Rob Roy Country Club Village Association, et al.<br><br>    Defendants. | Case No.: 17–CV–2228<br><br>Judge John Robert Blakey |

## DEFENDANTS' RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COME the Defendants, ROB ROY COUNTRY CLUB VILLAGE and ROWELL PROPERTY MANAGEMENT, INC., by their attorneys, LITCHFIELD CAVO LLP, and pursuant to Fed. R. Civ. P. 50(a)(1)(A)-(B), move this Court for entry of an Order granting them judgment as a matter of law as to Counts I, III and IV of the Plaintiff's Second Amended Complaint.

 1. In support of their motion, Defendants submit their separately filed memorandum of law.

WHEREFORE, the Defendants, ROB ROY COUNTRY CLUB VILLAGE and ROWELL PROPERTY MANAGEMENT, INC. pray this Court grant them judgment as a matter of law as to Count I, III and IV of the Second Amended Complaint.

                   Respectfully submitted,

                   By: /s/ *Patrick J. Ruberry*
                   One of the Attorney for Defendants

Thomas M. Crawford (#6210832)
Paul A. Ruscheinski (#6279371)
Patrick J. Ruberry (#6188844)
Litchfield Cavo, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: (312) 781-6679
Email: crawford@litchfieldcavo.com
Email: ruscheinski@litchfieldcavo.com
Email: ruberry@litchfieldcavo.com